In the Matter of the Compensation
of Dewey C. Henson, Claimant.

HENSON,
*Petitioner,*

*v.*

MALARKEY ROOFING et al,
*Respondents.*

(82-09351; CA A31454)

695 P2d 585

Robert K. Udziela and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, for petitioner.

Jerald P. Keene and Roberts, Reinisch & Klor, Portland, for respondents.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Respondents move to dismiss this petition for judicial review of an order of the Workers' Compensation Board on the ground that the order, which remands the case to the referee for a determination of extent of disability, is not appealable. We agree. *See Dean v. SAIF,* 72 Or App 16, 695 P2d 90 (1985).

Motion allowed; judicial review dismissed.